# United States Court of Appeals
### For the Eighth Circuit

———————————————

No. 26-1496

———————————————

United States of America

*Plaintiff - Appellee*

v.

James Andrew Andy Davidson

*Defendant - Appellant*

——————————

Appeal from United States District Court
for the Western District of Arkansas - Harrison

——————————

Submitted: July 29, 2026
Filed: August 3, 2026
[Unpublished]

——————————

Before GRUENDER, SHEPHERD, and JUSTIN D. SMITH, Circuit Judges.

——————————

PER CURIAM.

James Davidson appeals after the district court[1] revoked his supervised release and imposed an above-Guidelines-range prison sentence of 24 months with no

———————————————

[1]The Honorable Timothy L. Brooks, Chief Judge, United States District Court for the Western District of Arkansas.

supervised release to follow. His counsel has moved for leave to withdraw and has filed a brief challenging the substantive reasonableness of the sentence.

After careful review of the record, we conclude that the sentence was not an abuse of discretion. See United States v. Valure, 835 F.3d 789, 790 (8th Cir. 2016) (revocation sentence reviewed for abuse of discretion). The record reflects that the district court adequately considered the relevant sentencing factors and did not give significant weight to an improper factor or commit a clear error of judgment, see United States v. Larison, 432 F.3d 921, 923 (8th Cir. 2006) (revocation sentence may be unreasonable if district court fails to consider relevant 18 U.S.C. § 3553(a) factor, gives significant weight to an improper or irrelevant factor, or commits a clear error of judgment); and disagreement with how the court weighed the statutory sentencing factors does not justify reversal, see United States v. Vaca, 38 F.4th 718, 724 (8th Cir. 2022).

Accordingly, we grant counsel's motion to withdraw and affirm the judgment.

_____